IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
AUG 07 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr-72 DPJ-LGI

ANGELIQUE LEE

## MOTION TO SEAL

The United States of America requests that the Information and all documents filed herein be sealed, and represents the following:

The United States Attorney has authorized an Information against the Defendant. Revealing the existence of the file and Information prior to the initial appearance and arraignment of the Defendant could greatly impede the ongoing related investigation. However, the government requests that the U.S. Marshals Service and/or the United States Attorney's Office be allowed to make copies of the Information, summons, and any related documents available to other federal, state, and local law enforcement agencies who request the same to facilitate the service of the defendant with said Information and summons.

WHEREFORE, the United States requests that the Court SEAL the file and all documents filed including but not limited to the Information and Return, and this Motion and the Order to Seal, pending the initial appearance and arraignment of the Defendant and that copies be distributed to law enforcement agencies as needed to facilitate the service of the defendant with said Information and summons.

Respectfully submitted,

TODD W. GEE
United States Attorney

By: *Charles W. Kirkham*

CHARLES W. KIRKHAM
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4035
MS Bar No. 102022
Email: chet.kirkham@usdoj.gov