IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:24-cr-72-DPJ-LGI

ANGELIQUE LEE

NOTICE OF MAXIMUM PENALTY

**Conspiracy to Commit Bribery**
18 U.S.C. § 371

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment