IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| | |
|---|---|
| UNITED STATES | PLAINTIFF |
| VERSUS | CRIMINAL NO: 3:24cr72DPJ-LGI-001 |
| ANGELIQUE LEE | DEFENDANT |

### NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that **Jamie Harrell** has been assigned as Probation Officer for Defendant **Angelique Lee** and should be noticed of all future pleadings by adding as an Interested Party to said case.

### OR

### NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: *Jamie V. Harrell*
Digitally signed by Jamie Harrell
Date: 2024.08.19 08:59:16 -05'00'